**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| HAROLD VINCENT FRANKLIN, ) | No. CV 12-7411-R (PLA) |
| Petitioner, ) | |
| v. ) | **ORDER ADOPTING INTERIM REPORT AND RECOMMENDATION** |
| CONNIE GIPSON, Warden, ) | |
| Respondents. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's interim report and recommendation, and the objections to the interim report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The Court adopts the interim report and recommendation, and **grants in part** respondent's Motion to Dismiss and **dismisses** Ground One of the Petition for lack of exhaustion, and **dismisses** the portion of Ground Two challenging petitioner's classification status for lack of habeas jurisdiction; and **denies in part** the Motion to Dismiss with respect to the portion of Ground Two alleging a due process violation that resulted in a loss of credits.

/

/

2. The clerk shall serve this order on all counsel or parties of record.

DATED: March 27, 2013

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2