UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD VINCENT FRANKLIN, | ) | No. CV 12-7411-R (PLA) |
| Petitioner, | ) ) ) | **ORDER ADOPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| FRANK X. CHAVEZ, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's second report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The second report and recommendation is adopted.

2. Judgment shall be entered consistent with this order and the order adopting the magistrate judge's interim report and recommendation.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: August 21, 2013

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE