UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD VINCENT FRANKLIN, | ) | No. CV 12-7411-R (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| FRANK X. CHAVEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's interim report and recommendation, and the order adopting the magistrate judge's second report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: August 21, 2013

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE